IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
**ENTERED**

FEB 2 1 2007

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| Plaintiff | § § | |
| v. | § § | CRIMINAL NO. B-05-499 |
| GERARDO SOSA | § § | |
| Defendant | § § | |

## OPINION & ORDER

BE IT REMEMBERED that on February 20, 2007, the Court considered Defendant's Motion to Compel Production of Transcripts. Dkt. No. 93.

In his motion, Defendant moves the Court to order attorney Jon Karl Schmid to supply him with transcripts of all of the proceedings in this case. *Id.* In support of his motion, Defendant alleges that the two requests he has made for these transcripts have gone unanswered. *Id.* Defendant also provides a copy of a letter he sent to Mr. Schmid informing him that Defendant would be filing his own direct appeal brief and requesting a copy of the transcripts and a copy of a letter from the Fifth Circuit indicating when his "Anders Response or Appellant's Brief" is due. *Id.*

Because the copy of the record provided to defense counsel consists of an electronic copy of the record contained on CD, ordering Mr. Schmid to supply Defendant with a copy of the transcripts in this case would be of no use to Defendant. Therefore, the Court **ORDERS** the Clerk of the Court to provide Defendant with a copy of the record in this case, said copy to be provided at the Court's expense.

DONE at Brownsville, Texas, this 20 day of February, 2007.

_____
Hilda G. Tagle
United States District Judge